**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **Richard Lee Kerr** | ) | **CASE NO. 10-16591** |
| | ) | **CHAPTER 11** |
| | ) | **Judge Carol Doyle** |
| Debtor. | ) | |

**NOTICE OF MOTION**

TO:   See attached Service List

Please take notice that on the 18th day of January, 2011 at 10:30 a.m., Michael J. Davis of the firm of Springer Brown Covey Gaertner and Davis shall appear before the Honorable Judge Doyle or any judge sitting in their stead, in Courtroom No. 742 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois, and present Debtor's Motion for Final Decree and Request for Order of Discharge.

/s/ Michael J. Davis
One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on Janaury 10. 2011.

/s/ Michael J. Davis

**Service List**
**Richard Lee Kerr**
**Case 10-16591**

U.S Trustee's Office
219 S. Dearborn, Rm. 873
Chicago, Ill. 60606
(Via Electronic Service)
USTPRegion11.ES.ECF@usdoj.gov

**John S. Delnero**
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
(Via Electronic Service)
john.delnero@klgates.com

**Christopher H Purcell**
Sherman & Sherman
120 S LaSalle St
Suite 1460
Chicago, IL 60603
(Via Electronic Service)
shermlaw13@aol.com

Sarah Bryan
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
(Via Electronic Service)
sarah.bryan@klgates.com

Richard Kerr
244 Cardinal Dr.
Bloomingdale, Ill 60108

Accelerated
1055 W. Morton
Porterville, CA 93257

Access Capital
PO 1511
Visalia, CA 93279

AT&T
c/o Franklin Collection
PO 3910
Tupelo, MS 38803

Bank of America
PO 851001
Dallas, TX 75285

California State Disbursement Unit
PO 989067
West Sacramento, CA 95798

Central Valley Roll-Off
c/o Kahn, Soares and Conway
219 N. Douty St.
Hanford, CA 93230

Dale Hatherly
41305 Demaree
St. B
Visalia, CA 93277

David C. Mathias
225 W. Oak
Visalia, CA 93291

Financial Credit Network
1300 W. Main St.
Visalia, CA 93291

Ford Motor Credit
PO 7172
Pasadena, CA 91109

Fresno CB Collections
757 L St. PO 942
Fresno, CA 93721

Hettinga Farms
13400 Avenue 120
Pixley, CA 93256

James B. Preston
309 N. West St.
Visalia, CA 93291

Loraine Hettinga
4835 Grove Ave.
Visalia, CA 93291

Lorraine Hettinga
4825 Grove Ave.
Visalia, CA 93291

Marcin Estates Homeowners Assoc.
1820S. Central, St. C
Visalia, CA 93277

Michael J. Noland
219 N. Douty St.
Hanford, CA 93230

Nelson & Kinnard

2180 Harvard St., St. 160
Sacramento, CA 95853

Redline Recovery
11675 Rainwater Dr., St. 350
Alpharetta, GA 30009

Regional Emergency Medical
PO 12050
Westminster, CA 92685

Richard Barnes DDS
5435 W. Hillsdale
Visalia, CA 93291

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Southern Califfornia Edison
PO 600
Visalia, CA 93290

Verizon
PO 96088
Bellevue, WA 98009

Viking Collection
PO 59207
Minneapolis, MN 55459

Wells Fargo Bank
707 Wilshire Blvd.
Los Angeles, CA 90017

Willem and Anneka DeBoer
c/o Kahn, Soares & Conway
219 N. Douty St.
Hanford, CA 93230

Witkin & Neal
5805 Sepulveda Blvd., St. 670
Van Nuys, CA 91411

James Wilson
14782 8th Ave.
Hanford, CA 93230

Jane Hansen
244 Cardinal Dr.
Bloomingdale, IL 60108

Jody Tortorella
1051 Site Dr. #217
Brea, CA 92821

Richard Tillema
c/o Richmar Farms
1129 Shafter Rd.
Bakersfield, CA 93307

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **Richard Lee Kerr** | ) | **CASE NO. 10-16591** |
| | ) | **CHAPTER 11** |
| | ) | **Judge Carol Doyle** |
| **Debtor.** | ) | |

**MOTION FOR FINAL DECREE AND**
**FOR ENTRY OF ORDER OF DISCHARGE**

**Richard Lee Kerr** (the "Debtor"), debtor in possession, by and through their attorneys Michael Davis and the law firm of Springer, Brown, Covey, Gaertner and Davis does hereby hereby moves that this Court close this case and in support thereof hereby states as follows:

1. This case was commenced on April 14, 2010 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2. The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. On December 9, 2010, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Plan of Reorganization which was confirmed by an Order of this Court entered December 9, 2010.

4. The Debtor has filed with this Court and with the United States Trustee the report in accordance with Rule 2015 indicating that the Debtor completed all plan payments and under 11 USC 1141(d)(5)(A), is requesting an order of discharge.

WHEREFORE, the Debtor requests that this Court issues an order of discharge and enters an Order closing this case and for such other relief as the Court sees fit to grant.

                Respectfully submitted,
                **Richard Lee Kerr**

                /s/ Michael J. Davis
                One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000