UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 10-16591 |
| --- | --- | --- |
| Richard Lee kerr | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | |

ORDER ENTERING FINAL DECREE AND REQUESTING ORDER OF DISCHARGE
*and directing the Clerk of Court to issue a discharge*

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

ITIS HEREBY ORDERED THAT the Debtors request for an order of discharge is granted, and pursuant to Local Rule 3022-1 cause exists for entering a final decree and, therefore, a final decree is hereby entered; and

*and the Clerk of Court is directed to issue the debtor a discharge*

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 2/8/11

**Prepared by counsel of Movant:**

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner
& Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000