B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–16591**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard Lee Kerr
244 Cardinal Dr.
Bloomingdale, IL 60108

Social Security / Individual Taxpayer ID No.:
xxx–xx–9870

Employer Tax ID / Other nos.:

## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 9, 2011

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## OF AN INDIVIDUAL IN A CHAPTER 11 CASE

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

b. Debts that are domestic support obligations;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2          Date Rcvd: Feb 09, 2011
Case: 10-16591                Form ID: b18ri              Total Noticed: 44


The following entities were noticed by first class mail on Feb 11, 2011.
db          +Richard Lee Kerr,    244 Cardinal Dr.,    Bloomingdale, IL 60108-1317
aty         +Joshua D Greene,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Rd.,
              Suite330,    Wheaton, IL 60187-4547
aty         +Michael J. Davis,    Springer, Brown, Covey, Gaetner & Davis,    400 S County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
15417528    +AT&T,    c/o Franklin Collection,    PO 3910,    Tupelo, MS 38803-3910
15417527    +Access Capital,    PO 1511,    Visalia, CA 93279-1511
15417529    +Bank of America,    PO 851001,    Dallas, TX 75285-1001
15535384    +C/O Sallie Mae, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
15417530    +California State Disbursement Unit,    PO 989067,    West Sacramento, CA 95798-9067
15417531    +Central Valley Roll-Off,    c/o Kahn, Soares and Conway,    219 N. Douty St.,
              Hanford, CA 93230-4645
15417532     Dale Hatherly,    41305 Demaree,    St. B,    Visalia, CA 93277
15872854    +Dale J.Hatherley,    4130 S Demaree St suite B,    Visalia,CA 93277-9514
15417533    +David C. Mathias,    225 W. Oak,    Visalia, CA 93291-4930
15672847   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    Drawer 55-953,    P.O.Box 55000,
              Detriot, MI 48255-0953)
15689838    +Fin Cr Netwk,    Pob 3084,    Visalia, CA 93278-3084
15417534    +Financial Credit Network,    1300 W. Main St.,    Visalia, CA 93291-5825
15417535    +Ford Motor Credit,    PO 7172,    Pasadena, CA 91109-7172
15625280    +Ford Motor Credit Company LLC,    Pob 13807,    Sacramento,CA 95853-3807
15417536    +Fresno CB Collections,    757 L St.,    PO 942,    Fresno, CA 93714-0942
15679773    +Fresno Credit Bureau,    Pob 942,    Fresno , CA 93714-0942
15690609    +Hatherlev Law,    4130 S Demaree street suite B,    Visalia, CA 93277-9514
15417537    +Hettinga Farms,    13400 Avenue 120,    Pixley, CA 93256-9430
15970988   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of Treasury,    Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia,  PA   19114)
15417538    +James B. Preston,    309 N. West St.,    Visalia, CA 93291-6009
15969225    +James B. Preston,    A Professional Corporation,    309 N West Street,    Visalia, CA 93291-6009
15417539    +Loraine Hettinga,    4835 Grove Ave.,    Visalia, CA 93291-4131
15417540    +Lorraine Hettinga,    4825 Grove Ave.,    Visalia, CA 93291-4131
15833353    +Lorraine Hettinga (Kerr),    4825 West Grove Avenue,    Visalia, CA 93291-4131
15417541    +Marcin Estates Homeowners Assoc.,    1820S. Central, St. C,    Visalia, CA 93277-4418
15834503    +Mary Hettinga,    Trustee of the Hettinga Family 1993/Hett,    c/o David C. Mathias,
              Law Office of David C. Mathias,    225 West Oak Avenue,    Visalia, CA 93291-4930
15833852    +Mary Hettinga, Trustee,    c/o David C. Mathias,    Law Office of David C. Mathias,
              225 West Oak Avenue,    Visalia, CA 93291-4930
15834475    +Mary L. Hettinga,    Trustee of the Hettinga Family Trust,    c/o Sarah H. Bryan,    K&L Gates LLP,
              70 West Madison St., Ste. 3100,    Chicago, IL 60602-4244
15417542    +Michael J. Noland,    219 N. Douty St.,    Hanford, CA 93230-4645
15417543    +Nelson & Kinnard,    2180 Harvard St., St. 160,    Sacramento, CA 95815-3314
15417544    +Redline Recovery,    11675 Rainwater Dr., St. 350,    Alpharetta, GA 30009-8693
15417545    +Regional Emergency Medical,    PO 12050,    Westminster, CA 92685-2050
15417546    +Richard Barnes DDS,    5435 W. Hillsdale,    Visalia, CA 93291-5156
15417547     Sallie Mae,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
15417548    +Southern California Edison,    PO 600,    Visalia, CA 93279
16268921    +Tulare County Department,    of Child Support Services,    8040 Doe Ave,    Visalia, CA 93291-9721
15417551    +Wells Fargo Bank,    707 Wilshire Blvd.,    Los Angeles, CA 90017-3501
15417552    +Willem and Anneka DeBoer,    c/o Kahn, Soares & Conway,    219 N. Douty St.,
              Hanford, CA 93230-4645
15417553    +Witkin & Neal,    5805 Sepulveda Blvd., St. 670,    Van Nuys, CA 91411-2522

The following entities were noticed by electronic transmission on Feb 09, 2011.
15417547     E-mail/PDF: pa_dc_claims@salliemae.com Feb 10 2011 00:28:54     Sallie Mae,    P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
15417549    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 10 2011 01:11:02      Verizon,    PO 96088,
              Bellevue, WA 98009-8800
15417550    +E-mail/Text: tkealy@vikingservice.com                            Viking Collection,    PO 59207,
              Minneapolis, MN 55459-0207
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15417526   ##+Accelerated,    1055 W. Morton,    Porterville, CA 93257-1974
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: mflowers            Page 2 of 2              Date Rcvd: Feb 09, 2011
Case: 10-16591                 Form ID: b18ri            Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2011**                    **Signature:**    _Joseph Speetjens_